# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 16-7067**  **September Term, 2015**

1:15-cv-02234-RJL

Filed On: June 9, 2016

Matthew Grace and Pink Pistols,
    Appellees

    v.

District of Columbia and Cathy L. Lanier, in
her official capacity as Chief of Police for the
Metropolitan Police Department,
    Appellants

    **BEFORE:** Griffith, Srinivasan, and Millett, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to extend the briefing schedule, it is

**ORDERED** that the following revised briefing schedule will now apply:

| | |
|---|---|
| Appellants' Brief | July 6, 2016 |
| Appendix | July 6, 2016 |
| Appellees' Brief | August 5, 2016 |
| Reply Brief | August 19, 2016 |

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Robert J. Cavello
Deputy Clerk