# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Matthew Grace, et al.

**v.**        **Case No:** 16-7067

District of Columbia, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

Matthew Grace

Pink Pistols

Names of Parties        Names of Parties

### Counsel Information

**Lead Counsel:** Charles J. Cooper

Direct Phone: ( 202 ) 220-9660  Fax: ( 202 ) 220-9601  Email: ccooper@cooperkirk.com

**2nd Counsel:** Howard C. Nielson, Jr.

Direct Phone: ( 202 ) 220-9650  Fax: ( 202 ) 220-9601  Email: hnielson@cooperkirk.com

**3rd Counsel:** John D. Ohlendorf

Direct Phone: ( 202 ) 220-9617  Fax: ( 202 ) 220-9601  Email: johlendorf@cooperkirk.com

**Firm Name:** Cooper & Kirk, PLLC

**Firm Address:** 1523 New Hampshire Avenue, N.W., Washington, D.C. 20036

**Firm Phone:** ( 202 ) 220-9600  Fax: ( 202 ) 220-9601  Email: info@cooperkirk.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/