No. 16-7067

IN THE

# United States Court of Appeals
# For the District of Columbia Circuit

———————————

MATTHEW GRACE, *et al.*,
        Plaintiffs-Appellees,

v.

DISTRICT OF COLUMBIA and CATHY L. LANIER,
        Defendants-Appellants.

———————————

On Appeal Of An Order Of The United States District Court
For The District Of Columbia, Supporting Reversal
Case No. 1:15-cv-02234-RJL
Judge Richard J. Leon

———————————

**NOTICE OF INTENT TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF APPELLANT BY THE BRADY CENTER TO PREVENT GUN VIOLENCE**

———————————

Pursuant to D.C. Circuit Rule 29(b), The Brady Center to Prevent Gun Violence hereby notifies the Court of its intent to participate as amicus curiae in support of the Appellants. All parties have consented to its participation.

The Brady Center to Prevent Gun Violence is the nation's largest non-partisan, non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. Through its Legal Action Project, it has filed numerous amicus curiae briefs in cases involving firearms regulations in the

1

Supreme Court of the United States and in federal Courts of Appeal, including *McDonald v. City of Chicago*, 561 U.S. 742, 870 n.13, 887 n.30, 891 n.34 (2010) (Stevens, J., dissenting) (citing Brady Center brief), *United States v. Hayes*, 555 U.S. 415, 427 (2009) (citing Brady Center brief), *District of Columbia v. Heller*, 554 U.S. 570 (2008), and *Peruta v. County of San Diego*, 742 F.3d 1144 (9th Cir. 2014) (reheard en banc on June 16, 2015). More recently, in *Wrenn v. District of Columbia*, the United States District Court for the District of Columbia cited the Brady Center's amicus brief in the opinion denying Plaintiffs' motion for a preliminary injunction on the same legal issue. 2016 WL 912174, at *10 (D.D.C. Mar. 7, 2016). The Brady Center also filed an amicus brief in this case during proceedings before the District Court. Br. for Brady Center to Prevent Gun Violence as Amicus Curiae Supporting Defs., *Grace v. District of Columbia*, No. 1:15-cv-2234-RJL (D.D.C. May 17, 2016), ECF No. 31.

Pursuant to D.C. Circuit Rule 29(d), undersigned counsel certifies that this separate brief is necessary because The Brady Center to Prevent Gun Violence has unique expertise in Second Amendment law and firearms policy issues, including 26 years in gun litigation and analyses of concealed firearms laws and other gun policies.

June 29, 2016                              Respectfully submitted,

  /s/ Adam K. Levin

Adam K. Levin
Anna M. Kelly
Evan W. Guimond
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com


Jonathan E. Lowy
Kelly Sampson
BRADY CENTER TO PREVENT GUN
VIOLENCE - LEGAL ACTION PROJECT
840 First Street, N.E. Suite 400
Washington, D.C. 20002
(202) 370-8104
jlowy@bradymail.org

# CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 26.1 and Federal Rule of Appellate Procedure 26.1, undersigned counsel hereby certifies that:

The Brady Center to Prevent Gun Violence has no parent company, nor does any publicly-held company have a 10% or greater ownership interest (such as stock or partnership shares) in the Center.

/s/ Adam Levin
Adam K. Levin

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com

# CERTIFICATE OF SERVICE

I, Adam K. Levin, hereby certify that on June 29, 2016 electronic copies of this statement were served through the Court's CM/ECF system to:

Charles Justin Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
ccooper@cooperkirk.com

Howard Curtis Nielson, Jr.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
hnielson@cooperkirk.com

John David Ohlendorf, Attorney
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
johlendorf@cooperkirk.com

Peter Andrew Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
ppatterson@cooperkirk.com

David Henry Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
dthompson@cooperkirk.com

*Counsel for Appellees*

Loren L. AliKhan
Deputy Solicitor General
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, N.W.
One Judiciary Square, Sixth Floor
Washington, D.C. 20001
Loren.AliKhan@dc.gov

Holly Michelle Johnson
Assistant Attorney General
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, NW
One Judiciary Square, Sixth Floor
Washington, DC 20001-2714
holly.johnson@dc.gov

Todd Sunhwae Kim, Solicitor General
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, NW
One Judiciary Square, Sixth Floor
Washington, DC 20001-2714
todd.kim@dc.gov

*Counsel for Appellants*

Charles Nichols
Firm: 424-634-7381
P.O. Box 1302
Redondo Beach, CA 90278

Paul Reinherz Quitma Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-1420
paul.wolfson@wilmerhale.com
202-663-6000

Walter A. Smith, Jr.
DC Appleseed Center for Law and Justice
1111 14th Street, NW
Suite 510
Washington, DC 20005-0000
wsmith@dcappleseed.org
202-289-8007

Counsel for *Amici Curiae*

/s/ Adam Levin
Adam K. Levin

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
adam.levin@hoganlovells.com