SCHEDULED FOR ORAL ARGUMENT ON SEPTEMBER 20, 2016

No. 16-7067

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MATTHEW GRACE, *et al.*,
APPELLEES,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**NOTICE OF CORRECTION TO BRIEF FOR APPELLANTS
DISTRICT OF COLUMBIA AND METROPOLITAN POLICE
DEPARTMENT CHIEF CATHY LANIER**

The District of Columbia and Metropolitan Police Department Chief Cathy Lanier note the following corrections of their brief. Appearing on line 17 of page 22, "Lord Coke's 1694 treatise" should read "Coke's treatise, republished in 1797." Appearing on the first line of page 23, "Coke, *Institutes of the Laws of England* 161-62 (1694)" should read "*Institutes of the Laws of England* 161-62 (1797)."

        Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        TODD S. KIM
        Solicitor General

        LOREN L. ALIKHAN
        Deputy Solicitor General

        /s/ Holly M. Johnson
        HOLLY M. JOHNSON
        Assistant Attorney General
        Bar Number 476331
        Office of the Solicitor General

        Office of the Attorney General
        441 4th Street, NW, Suite 600S
        Washington, D.C. 20001
        (202) 442-9890
        (202) 715-7713 (fax)
July 2016        holly.johnson@dc.gov

## CERTIFICATE OF SERVICE

I certify that on July 14, 2016, this errata was served through the Court's ECF system to:

Charles J. Cooper
Cooper & Kirk PLLC
1523 New Hampshire Ave, NW
Washington, D.C. 20036

/s/ Holly M. Johnson
HOLLY M. JOHNSON