ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 20, 2016
No. 16-7067

IN THE
# United States Court of Appeals
# For the District of Columbia Circuit

_____

MATTHEW GRACE, *et al.*,
Plaintiffs-Appellees,

v.

DISTRICT OF COLUMBIA and CATHY L. LANIER,
Defendants-Appellants.

_____

On Appeal Of An Order Of The United States District Court
For The District Of Columbia, Supporting Reversal
Case No. 1:15-cv-02234-RJL
Judge Richard J. Leon

_____

**NOTICE OF CORRECTION TO AMICUS CURIAE BRIEF OF BRADY CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF APPELLANTS DISTRICT OF COLUMBIA AND CATHY L. LANIER**

_____

The Brady Center to Prevent Gun Violence notes the following correction to its brief filed on July 13, 2016. On pg. v of the Table of Authorities, the pages cited for *Peruta v. Cty. of San Diego*, No. 10-56971, 2016 WL 3194315 (9th Cir. Jun. 9, 2016), should read "6, 7, 9, 11, 12, 13."

July 19, 2016                    Respectfully submitted,

 /s/ Adam K. Levin
 Adam K. Levin
 Anna M. Kelly
 Evan W. Guimond
 HOGAN LOVELLS US LLP
 555 Thirteenth Street, N.W.
 Washington, DC 20004
 (202) 637-5600
 adam.levin@hoganlovells.com

 Jonathan E. Lowy
 Alla Lefkowitz
 Kelly Sampson
 BRADY CENTER TO PREVENT GUN
 VIOLENCE - LEGAL ACTION PROJECT
 840 First Street, N.E. Suite 400
 Washington, D.C. 20002
 (202) 370-8104
 jlowy@bradymail.org

# CERTIFICATE OF SERVICE

I, Adam K. Levin, hereby certify that on July 19, 2016 electronic copies of this Notice of Correction to Amicus Curiae Brief of Brady Center to Prevent Gun Violence in Support of Appellants District of Columbia and Cathy L. Lanier was served through the Court's CM/ECF system to:

Charles Justin Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
ccooper@cooperkirk.com

Howard Curtis Nielson, Jr.
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
hnielson@cooperkirk.com

John David Ohlendorf
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
johlendorf@cooperkirk.com

Peter Andrew Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
ppatterson@cooperkirk.com

David Henry Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
dthompson@cooperkirk.com

*Counsel for Appellees*

Loren L. AliKhan
Deputy Solicitor General
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, N.W.
One Judiciary Square, Sixth Floor
Washington, D.C. 20001
Loren.AliKhan@dc.gov

Holly Michelle Johnson
Assistant Attorney General
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, NW
One Judiciary Square, Sixth Floor
Washington, DC 20001-2714
holly.johnson@dc.gov

Todd Sunhwae Kim, Solicitor General
Office of the Attorney General, District of Columbia
Office of the Solicitor General
441 4th Street, NW
One Judiciary Square, Sixth Floor
Washington, DC 20001-2714
todd.kim@dc.gov

*Counsel for Appellants*

Charles Nichols
Firm: 424-634-7381
P.O. Box 1302
Redondo Beach, CA 90278

Paul Reinherz Quitma Wolfson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-1420
paul.wolfson@wilmerhale.com
202-663-6000

Walter A. Smith, Jr.
DC Appleseed Center for Law and Justice
1111 14th Street, NW
Suite 510
Washington, DC 20005-0000
wsmith@dcappleseed.org
202-289-8007

Deepak Gupta
Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
Deepak@guptawessler.com
202-888-1741

Counsel for *Amici Curiae*

                                    /s/ Adam Levin
                                    Adam K. Levin

Dated:       July 19, 2016