# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MATTHEW GRACE, *et al.*, | ) |
| | ) |
| Appellees, | ) |
| | ) |
| v. | ) No. 16-7067 |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Appellants. | ) |

## GUN OWNERS OF AMERICA, INC., *ET AL.* NOTICE OF PARTIES' CONSENT FOR FILING OF AN *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLEES

Pursuant to Rule 29(a), Federal Rules of Appellate Procedure, and D.C. Circuit Rule 29(b), the nonprofit organizations, Gun Owners of America, Inc., Gun Owners Foundation, U.S. Justice Foundation, Heller Foundation, and Conservative Legal Defense and Education Fund (the "*amici curiae*"), by and through their undersigned counsel, hereby give notice that the parties have consented to the participation herein by the *amici curiae* by filing an *amicus curiae* brief in support of Appellees.

The brief of these *amici curiae* will be filed no later than seven days after the filing of the Appellees' principal brief, pursuant to F.R.App.P. 29(e).

Respectfully submitted,

*/s/ Herbert W. Titus*

_____
*Herbert W. Titus
Robert J. Olson
William J. Olson
Jeremiah L. Morgan
John S. Miles
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com

Attorneys for *Amici Curiae* Gun Owners of America, Inc., *et al*.

August 11, 2016

*Counsel of record

# GUN OWNERS OF AMERICA, INC., *ET AL.*
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, and D.C. Circuit Rules 26.1 and 29(b), it is hereby stated that the *amici curiae*, Gun Owners of America, Inc., Gun Owners Foundation, U.S. Justice Foundation, Heller Foundation, and Conservative Legal Defense and Education Fund, are non-stock, nonprofit corporations, none of which has any parent company, and no person or entity owns them or any part of them.

Respectfully submitted,

*/s/ Herbert W. Titus*

_____
*Herbert W. Titus
Robert J. Olson
William J. Olson
Jeremiah L. Morgan
John S. Miles
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com

Attorneys for *Amici Curiae* Gun Owners of America, Inc., *et al*.

August 11, 2016

*Counsel of record

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, the foregoing Gun Owners of America, Inc., *et al.* Notice of Parties' Consent for Filing of an *Amicus Curiae* Brief in Support of Appellants, together with the Rule 26.1 Corporate Disclosure Statement of Gun Owners of America, Inc., *et al.,* was served upon the parties by the Court's Case Management/Electronic Case Files system to the attorneys for the respective parties.

      */s/ Herbert W. Titus*
Herbert W. Titus
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com