No. 16-7067

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

MATTHEW GRACE, *ET AL.*,

*Plaintiffs-Appellees,*

v.

DISTRICT OF COLUMBIA, *ET AL.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF INTENT OF THE STATES OF ARIZONA, ALABAMA, ARKANSAS, INDIANA, MISSOURI, MONTANA, NEVADA, OHIO, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, TEXAS, UTAH, WEST VIRGINIA, WISCONSIN, AND WYOMING TO FILE AN AMICUS BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES**

The States of Arizona, Alabama, Arkansas, Indiana, Missouri, Montana, Nevada, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Utah, West Virginia, Wisconsin, and Wyoming intend to file an amicus brief in support of Plaintiffs-Appellees in the above-captioned appeal, and hereby provide notice of intent in accordance with Circuit Rule 29(b).

Respectfully submitted,

MARK BRNOVICH
Attorney General of Arizona

/s/ Keith Miller
JOHN R. LOPEZ IV
Solicitor General
KEITH MILLER
Assistant Solicitor General
Arizona Attorney General's Office
1275 W. Washington St.
Phoenix, Arizona 85007
Phone: (602) 542-5025
Fax: (602) 542-4085
keith.miller@azag.gov

August 12, 2016

Attorneys for *Amicus Curiae*
State of Arizona

# CERTIFICATE OF SERVICE

  I certify that on August 12, 2016 electronic copies of this notice were served on all parties registered through the CM/ECF system.

           /s/ Keith Miller
           KEITH MILLER
           Attorney for *Amicus Curiae*
           State of Arizona

           Dated: August 12, 2016