No. 16-7067

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

MATTHEW GRACE, *et al.*,

*Plaintiffs-Appellees,*

v.

DISTRICT OF COLUMBIA, *et al.*,

*Defendants-Appellants.*

———————

On Appeal from the United States District Court for the District of Columbia,
No. 1:15-cv-2234-RJL

———————

## NOTICE OF INTENT BY NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES

Pursuant to D.C. Circuit Rule 29(b), the National Rifle Association of America, Inc. hereby gives notice that it intends to file a brief as amicus curiae in support of Plaintiffs-Appellees in this matter. All parties have consented to the filing of this brief.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
  *Counsel of Record*
ERIN E. MURPHY
CHRISTOPHER G. MICHEL
BANCROFT PLLC
500 New Jersey Avenue, NW
Seventh Floor
Washington, DC 20001
(202) 234-0090
pclement@bancroftpllc.com

*Counsel for National Rifle Association of America, Inc.*

August 12, 2016

# CORPORATE DISCLOSURE STATEMENT

The National Rifle Association of America, Inc. certifies that it does not have a parent corporation and that no publicly held corporation owns more than ten percent of its stock.

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by CM/ECF.

                                                s/Paul D. Clement  
                                                Paul D. Clement