UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
MATTHEW GRACE, *et al*, )
)
    *Plaintiffs-Appellees,* )
)
v. ) Case No. 16-7067
)
DISTRICT OF COLUMBIA, *et al.*, )
)
    *Defendants-Appellants* )
_____ )

### AMENDED NOTICE OF INTENT TO FILE *AMICUS* BRIEF AND REPESENTATION OF CONSENT

Pursuant to D.C. Circuit Rule 29(b), the Western States Sheriffs' Association, International Law Enforcement Educators and Trainers Association, Law Enforcement Legal Defense Fund, Law Enforcement Action Network, CRPA Foundation, Colorado Police Protective Association, International Association of Law Enforcement Firearms Instructors, and Law Enforcement Association of America hereby provide notice of their intent to file an *amicus curiae* brief in this case in support of Appellees. All parties have consented to the filing of the brief.

### CORPORATE DISCLOSURE STATEMENT

The Western States Sheriffs' Association, International Law Enforcement Educators and Trainers Association, Law Enforcement Legal Defense Fund, Law

Enforcement Action Network, CRPA Foundation, Colorado Police Protective Association, International Association of Law Enforcement Firearms Instructors, and Law Enforcement Association of America have no parent companies, and no publicly-held company owns 10% or more of the stock of those entities.

August 12, 2016                              Respectfully submitted,

/s/ Dan M. Peterson
Dan M. Peterson
3925 Chain Bridge Road
Suite 403
Fairfax, Virginia 22030
(703) 352-7276
dan@danpetersonlaw.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2016, an electronic PDF of the foregoing Amended Notice of Intent to File *Amicus* Brief and Representation of Consent was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

/s/ Dan M. Peterson
Dan M. Peterson

*Counsel for Amici Curiae*